**UNITED STATES of America, Plaintiff–Appellee**

v.

**Angel Osmar MADRID–JUAREZ, also known as Angel Omar Madrid, also known as Angel Madrid, also known as Angel Madrid–Juarez, also known**

---

**as Angel Osmar Madrid Juarez, also known as Osmar Juarez, also known as Angel Osmar Madrid, Defendant–Appellant.**

No. 13–20320
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 21, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Andrew J. Williams, Kingwood, TX, for Defendant–Appellant.

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Angel Osmar Madrid–Juarez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Madrid–Juarez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ther responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.